

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, May 5, 2015

No. 04-15-00031-CR

Richard Allen **CLARK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1071
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and a motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, has provided appellant with a copy of the appellate record, and has informed appellant of his right to file his own brief.

If appellant desires to file a *pro se* brief, he must do so **within forty-five (45) days** from the date of this order.

If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief no later than thirty days after the pro se brief is due.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2015.



Keith E. Hottle
Clerk of Court